## *Memorandum*

ORIGINAL

| Subj: United States v. Adolfo Madrigal Lopez, CR 07-1365(A)-SJO | Date: March 10, 2008 |
|---|---|

| To: | SHERRI R. CARTER<br>Clerk, United States District Court<br>Central District of California | From: | SCOTT M. GARRINGER<br>Assistant United States Attorney<br>Criminal Division |
|---|---|---|---|

FILED 2008 MAR 10 PM 4: [__]

The accompanying matter, for which a First Superseding Information is being filed on March 10, 2008,

    \_\_\_\_ relates to      __X__      does not relate to

(1) a matter pending in the Criminal Division of the United States Attorney's Office ("USAO") between October 2002 and October 5, 2003, the dates during which Jacqueline Chooljian was Chief of the Criminal Division in the USAO; (2) a matter pending in the Major Frauds Section of the USAO between October 5, 2003 and January 6, 2006, the date on which Jacqueline Chooljian resigned her appointment in the USAO; or (3) a matter in which Jacqueline Chooljian was personally involved or on which she was personally consulted while employed in the USAO.

    \_\_\_\_ relates to      __X__      does not relate to

a matter in which Patrick J. Walsh was personally involved or on which he was personally consulted while employed in the USAO.

    \_\_\_\_ relates to      __X__      does not relate to

(1) a matter pending in the Major Frauds Section of the USAO before June 30, 2001, the date on which Jennifer T. Lum resigned her appointment in that office; or (2) a matter in which Jennifer T. Lum was personally involved or on which she was personally consulted while employed in the USAO.

    \_\_\_\_ relates to      __X__      does not relate to

(1) a matter pending in the Narcotics Section of the USAO before April 20, 1999, the date on which Jeffrey W. Johnson resigned his appointment in that office; or (2) a matter in which Jeffrey W. Johnson was personally involved or on which he was personally consulted while employed in the USAO.

*[signature]*
SCOTT M. GARRINGER
Assistant United States Attorney